Joel E. Tasca
Nevada Bar No. 14124
Joseph Dagher
Nevada Bar No. 15204
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail:  tasca@ballardspahr.com
E-mail:  dagherj@ballardspahr.com

*Attorneys for Defendants Café De Manila, LLC; Millie Cadag and Homer Tuazon*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAFÉ DE MANILA, LLC, a Nevada limited liability company d/b/a CAFÉ DE MANILA; MILLIE CADAG, an individual; and HOMER TUAZON, an individual,<br><br>Defendants. | CASE NO. 2:22-cv-001086-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendants' response to Plaintiff Joe Hand Promotions, Inc.'s ("Plaintiff") complaint was due on November 4, 2022. Defendants and Plaintiff agree that Defendants have up to and including November 28, 2022, to respond to Plaintiff's complaint. Good cause and excusable neglect under LR IA 6-1 exists because the defendants require additional time to investigate plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Defendants in this matter.

DMWEST #17703735 v1

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 10th day of November, 2022.

| BALLARD SPAHR LLP | GILE LAW GROUP |
|---|---|
| By: /s/ Joseph Dagher<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Joseph Dagher<br>Nevada Bar No. 15204<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Ryan Gile<br>Ryan Gile<br>Nevada Bar No. 8807<br>1180 N. Town Center Drive, Suite 100<br>Las Vegas, Nevada 89144<br>(702) 703-7288<br>rg@gilelawgroup.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 14, 2022

2

DMWEST #17703735 v1