Joel E. Tasca
Nevada Bar No. 14124
Joseph Dagher
Nevada Bar No. 15204
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail:  tasca@ballardspahr.com
E-mail:  dagherj@ballardspahr.com

*Attorneys for Defendants Café De Manila, LLC; Millie Cadag and Homer Tuazon*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAFÉ DE MANILA, LLC, a Nevada limited liability company d/b/a CAFÉ DE MANILA; MILLIE CADAG, an individual; and HOMER TUAZON, an individual,<br><br>Defendants. | CASE NO. 2:22-cv-001086-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Defendants' response to Plaintiff Joe Hand Promotions, Inc.'s ("Plaintiff") complaint is due on November 28, 2022. Defendants and Plaintiff agree that Defendants have up to and including December 5, 2022, to respond to Plaintiff's complaint. The parties are close to reaching a settlement in this matter and will need time to finalize the settlement terms.

/ / /

/ / /

/ / /

DMWEST #17703735 v1

This is the second request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 28th day of November, 2022.

| BALLARD SPAHR LLP | GILE LAW GROUP |
|---|---|
| By: /s/ Joseph Dagher<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Joseph Dagher<br>Nevada Bar No. 15204<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Ryan Gile<br>Ryan Gile<br>Nevada Bar No. 8807<br>1180 N. Town Center Drive, Suite 100<br>Las Vegas, Nevada 89144<br>(702) 703-7288<br>rg@gilelawgroup.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/29/2022

2

DMWEST #17703735 v1